*In re* LIC. HUGO RUBÉN FÉLIX.

*Número:* 2775     *Resuelto:* 10 de noviembre de 1975

---

*Hugo Rubén Félix, pro se,* y *A. J. Amadeo Murga,* abogado del notario.

RESOLUCIÓN

En el curso de su testimonio en un juicio civil el abogado Hugo Rubén Félix reveló no conocer la persona ni estar presente cuando ésta suscribió una declaración jurada que dicho notario autenticó para su cliente Caguas Expressway Motors. El Director de Inspección de Notarías trajo el asunto a nuestra consideración, y el 5 de septiembre pasado requerimos del notario que mostrara causa por la que no deba ser disciplinado. En su comparecencia incorpora una admisión sin reserva de su falta cometida hace cinco años, informa haberse desligado del cliente que originó la irregularidad en su práctica notarial y afirma su adhesión a las normas correctas durante los subsiguientes años de ejercicio.

Considerado su historial y las circunstancias que rodean el caso, se suspende al abogado Hugo Rubén Félix sólo de la práctica del Notariado por término de seis meses contados a partir de la notificación de esta Resolución.

Lo acordó el Tribunal y certifica el Secretario.

(Fdo.) Angel G. Hermida
*Secretario*